UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SCHILLER, JEFFREY E. § Case No. 10-34049
SCHILLER, SUSAN E. §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH E. COHEN_____
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-34049 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | SCHILLER, JEFFREY E. | | | Date Filed (f) or Converted (c): | 07/30/10 (f) |
| | SCHILLER, SUSAN E. | | | 341(a) Meeting Date: | 09/03/10 |
| For Period Ending: | 02/07/14 | | | Claims Bar Date: | 04/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 477 Barberry Road, Highland Park Illinois - Reside | 430,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 285.00 | 0.00 | | 0.00 | FA |
| 3. Chase - checking account xxxxxxx3586 | 995.37 | 0.00 | | 4,000.00 | FA |
| 4. Chase - savings account no. xxxxx1293 | 117.21 | 0.00 | | 5,000.00 | FA |
| 5. Allegacy Federal Credit Union - shares account xxx | 50.29 | 0.00 | | 0.00 | FA |
| 6. PNC Bank - checking account no. xxxxxx4662 | 100.00 | 0.00 | | 0.00 | FA |
| 7. Dining Room Table/8 Chairs, Credenza, 5 Beds/Frame | 4,725.00 | 0.00 | | 8,000.00 | FA |
| 8. TV | 500.00 | 0.00 | | 0.00 | FA |
| 9. Necessary Wearing Apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Ring. Watch & Misc. Costume Jewelry | 225.00 | 0.00 | | 4,000.00 | FA |
| 11. Golf Clubs, Bicycle, Digital Camera | 115.00 | 0.00 | | 0.00 | FA |
| 12. Banner Life Insurance Company - term life insuranc | 0.00 | 0.00 | | 0.00 | FA |
| 13. John Hancock - Deutsch, Levy & Engel Chartered 401 | 13,947.24 | 0.00 | | 0.00 | FA |
| 14. 2009 Ford Escape | 25,000.00 | 0.00 | | 0.00 | FA |
| 15. 2008 Mercury Milan | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2005 Ford Mustang | 10,000.00 | 0.00 | | 6,000.00 | FA |
| 17. 2 Dogs, 2 Cats | 0.00 | 0.00 | | 0.00 | FA |
| 18. MANUSCRIPTS (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.81 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $487,560.11 | $0.00 | | $27,004.81 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 10-34049   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SCHILLER, JEFFREY E. | Date Filed (f) or Converted (c): | 07/30/10 (f) |
| | SCHILLER, SUSAN E. | 341(a) Meeting Date: | 09/03/10 |
| | | Claims Bar Date: | 04/05/11 |

TRUSTEE HAS FILED MOTION TO SELL VARIOUS ASSETS BACK TO DEBTOR FOR $27,000.00.  MOTION GRANTED.  TRUSTEE HAS REVIEWED
THE PROOFS OF CLAIM FILED AND WILL START WORKING ON A FINAL REPORT.  TRUSTEE IS PREPARING HIS FINAL REPORT AND RELATED
DOCUMENTS - January 15, 2014.  TRUSTEE HAS SUBMITTED HIS TFR & NFR TO THE UST FOR REVIEW - February 5, 2014.

Initial Projected Date of Final Report (TFR): 08/31/13     Current Projected Date of Final Report (TFR): 03/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-34049 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | SCHILLER, JEFFREY E. | | Bank Name: | ASSOCIATED BANK |
| | SCHILLER, SUSAN E. | | Account Number / CD #: | *******2077  Checking Account |
| Taxpayer ID No: | *******0613 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 26,601.79 | | 26,601.79 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.40 | 26,585.39 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.94 | 26,568.45 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.38 | 26,552.07 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.92 | 26,535.15 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.44 | 26,495.71 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 27.89 | 26,467.82 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.58 | 26,432.24 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.31 | 26,392.93 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.97 | 26,354.96 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.18 | 26,315.78 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.86 | 26,277.92 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.07 | 26,238.85 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.01 | 26,199.84 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.70 | 26,162.14 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.90 | 26,123.24 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.59 | 26,085.65 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.78 | 26,046.87 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.73 | 26,008.14 |

Page Subtotals  26,601.79  593.65

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-34049 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | SCHILLER, JEFFREY E. | | Bank Name: | ASSOCIATED BANK |
| | SCHILLER, SUSAN E. | | Account Number / CD #: | *******2077  Checking Account |
| Taxpayer ID No: | *******0613 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 26,601.79 | 593.65 | 26,008.14 |
| | | | Less: Bank Transfers/CD's | | 26,601.79 | 0.00 | |
| | | | Subtotal | | 0.00 | 593.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 593.65 | |

Page Subtotals         0.00         0.00

FORM 2  
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3  
Exhibit B

| Case No: | 10-34049 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SCHILLER, JEFFREY E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | SCHILLER, SUSAN E. | | Account Number / CD #: | *******1516 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0613 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/11 | * NOTE * | JEFFREY E. SCHILLER | Sale proceeds<br>* NOTE *  Properties 3, 4, 7, 10, 16 | 1129-000 | 27,000.00 | | 27,000.00 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 27,000.58 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 27,000.79 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 13.21 | 26,987.58 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 26,987.81 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 26,988.02 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 26,988.26 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,988.48 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,988.70 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 26,988.93 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,989.15 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 26,989.38 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 34.38 | 26,955.00 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,955.22 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.23 | 26,921.99 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,922.21 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.19 | 26,889.02 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 26,889.26 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 35.26 | 26,854.00 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 26,854.21 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.92 | 26,822.29 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 22.55 | 26,799.74 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,799.96 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.96 | 26,767.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.23 | | 26,767.23 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 34.01 | 26,733.22 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 26,733.45 |
| | | | Page Subtotals | | 27,004.16 | 270.71 | |

FORM 2

Page: 4

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-34049 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | SCHILLER, JEFFREY E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | SCHILLER, SUSAN E. | | Account Number / CD #: | *******1516 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0613 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.96 | 26,699.49 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 26,699.70 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.73 | 26,667.97 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 26,668.20 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 34.97 | 26,633.23 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.21 | | 26,633.44 |
| 08/30/12 | | BANK OF AMERICA, N.A._901 MAIN STREET_10TH FLOOR_DALLAS, TX 75283 | BANK FEES | 2600-000 | | 31.65 | 26,601.79 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 26,601.79 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | COLUMN TOTALS | | 27,004.81 | 27,004.81 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 26,601.79 | |
| | Subtotal | | 27,004.81 | 403.02 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 27,004.81 | 403.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********2077 | 0.00 | 593.65 | 26,008.14 |
| Money Market Account (Interest Earn - ********1516 | 27,004.81 | 403.02 | 0.00 |
| | 27,004.81 | 996.67 | 26,008.14 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.65  26,734.10

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 25, 2014 |

Case Number:  10-34049  
Debtor Name:  SCHILLER, JEFFREY E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL<br>Attorneys for Trustee<br>105 West Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,121.25 | $2,121.25 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,498.04 | $3,498.04 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $63.65 | $63.65 |
| 000002<br>00<br>4210-00 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Secured | | $0.00 | $26,309.76 | $26,309.76 |
| 000003<br>00<br>4210-00 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Secured | | $0.00 | $9,343.93 | $9,343.93 |
| 000004<br>00<br>4210-00 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Secured | | $0.00 | $4,116.06 | $4,116.06 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $15,937.47 | $15,937.47 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $31,341.29 | $31,341.29 |
| 000006<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $35,071.02 | $35,071.02 |
| 000007<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $47,690.06 | $47,690.06 |
| 000008<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $0.00 | $13,936.98 | $13,936.98 |
| 000009<br>070<br>7100-00 | Great Lakes Educational Loan Services<br>United States Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Unsecured | | $0.00 | $9,423.67 | $9,423.67 |

| Page 2 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 25, 2014 |

Case Number: 10-34049  
Debtor Name: SCHILLER, JEFFREY E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>American InfoSource LP as its agent<br>FIA Card Serv, NA/BK of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $27,842.56 | $27,842.56 |
| 000011<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>American InfoSource LP as its agent<br>FIA Card Serv, NA/BK of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $52,290.92 | $52,290.92 |
| 000012<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>American InfoSource LP as its agent<br>FIA Card Serv, NA/BK of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $13,381.47 | $13,381.47 |
| 000013<br>070<br>7100-00 | Allegacy Federal Credit Union Inc<br>PO Box 26043<br>Winston Salem, NC 27114-6043 | Unsecured | | $0.00 | $313,398.89 | $313,398.89 |
| | Case Totals: | | | $0.00 | $605,767.02 | $605,767.02 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-34049
Case Name: SCHILLER, JEFFREY E.
            SCHILLER, SUSAN E.
Trustee Name: JOSEPH E. COHEN

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ | $ | $ | $ |
| 000003 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ | $ | $ | $ |
| 000004 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000008 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000009 | Great Lakes Educational Loan Services<br>United States Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | $ | $ | $ |
| 000010 | FIA Card Services, NA/Bank of America<br>American InfoSource LP as its agent<br>FIA Card Serv, NA/BK of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | FIA Card Services, NA/Bank of America American InfoSource LP as its agent FIA Card Serv, NA/BK of America PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000012 | FIA Card Services, NA/Bank of America American InfoSource LP as its agent FIA Card Serv, NA/BK of America PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000013 | Allegacy Federal Credit Union Inc PO Box 26043 Winston Salem, NC 27114-6043 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE