# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHILLER, JEFFREY E. | § | Case No. 10-34049 |
| SCHILLER, SUSAN E. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    CLERK OF BANKRUPTCY COURT
                    219 S. Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____
                                          Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SCHILLER, JEFFREY E. | § | Case No. 10-34049 |
| SCHILLER, SUSAN E. | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 27,004.81 |
| and approved disbursements of | $ | 996.67 |
| leaving a balance on hand of[1] | $ | 26,008.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ 26,309.76 | $ 26,309.76 | $ 0.00 | $ 0.00 |
| 000003 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ 9,343.93 | $ 9,343.93 | $ 0.00 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | $ 4,116.06 | $ 4,116.06 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 26,008.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 3,450.48 | $ 0.00 | $ 3,450.48 |
| Trustee Expenses: JOSEPH E. COHEN | $ 47.56 | $ 0.00 | $ 47.56 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,121.25 | $ 0.00 | $ 2,121.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 63.65 | $ 63.65 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,619.29 |
| Remaining Balance | $ | 20,388.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 560,314.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 15,937.47 | $ 0.00 | $ 579.94 |
| 000005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 31,341.29 | $ 0.00 | $ 1,140.45 |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 35,071.02 | $ 0.00 | $ 1,276.17 |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 47,690.06 | $ 0.00 | $ 1,735.36 |
| 000008 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 13,936.98 | $ 0.00 | $ 507.14 |
| 000009 | Great Lakes Educational Loan Services<br>United States Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | $ 9,423.67 | $ 0.00 | $ 342.91 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | FIA Card Services, NA/Bank of America<br>American InfoSource LP as its agent<br>FIA Card Serv, NA/BK of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 27,842.56 | $ 0.00 | $ 1,013.14 |
| 000011 | FIA Card Services, NA/Bank of America<br>American InfoSource LP as its agent<br>FIA Card Serv, NA/BK of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 52,290.92 | $ 0.00 | $ 1,902.77 |
| 000012 | FIA Card Services, NA/Bank of America<br>American InfoSource LP as its agent<br>FIA Card Serv, NA/BK of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 13,381.47 | $ 0.00 | $ 486.93 |
| 000013 | Allegacy Federal Credit Union Inc<br>PO Box 26043<br>Winston Salem, NC 27114-6043 | $ 313,398.89 | $ 0.00 | $ 11,404.04 |

Total to be paid to timely general unsecured creditors      $      20,388.85

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-34049-ABG
Jeffrey E. Schiller                                             Chapter 7
Susan E. Schiller
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina               Page 1 of 2          Date Rcvd: Mar 28, 2014
                              Form ID: pdf006             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2014.
```
db/jdb     #+Jeffrey E. Schiller,    Susan E. Schiller,    477 Barberry,    Highland Park, IL 60035-4425
aty         +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
15928097      ACS,    P.O. Box 7060,    Utica, NY 13504-7060
15928101     #Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
15928102      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16677221      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15928103     +Chase Cardmember Services,    PO Box 100044,    Kennesaw, GA 30156-9244
15928104     +Codilis & Associates, P.C.,    15W030 North Frontage Road,    Suite 100,
              Burr Ridge, IL 60527-6921
15928107    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Credit,    c/o National Bankruptcy Services Center,
              P.O. Box 537901,    Livonia, MI 48153-7901)
16642175     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
15928108     +Great Lakes Educational Loan Services,    2401 International Lane,    Madison, WI 53704-3121
16951325      Great Lakes Educational Loan Services,    United States Dept of Education,    Claims Filing Unit,
              PO Box 8973,    Madison, WI 53708-8973
15928109      Home Depot Credit Services,    P.O. Box 653000,    Dallas, TX 75265-3000
15928111     +Macy's - Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
15928114      Reward Zone Program Mastercard,    PO Box 80045,    Salinas, CA 93912-0045
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15928098      E-mail/Text: amsbankruptcy@allegacyfcu.org Mar 29 2014 00:49:41
              Allegacy Federal Credit Union Inc,    PO Box 26043,    Winston Salem, NC 27114-6043
15928099     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Mar 29 2014 00:48:04     Aurora Loan Services,
              Attn: Bankruptcy,    PO Box 1706,    Scottsbluff, NE 69363-1706
15928105      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 29 2014 01:00:09     Discover Card,
              P.O. Box 30943,    Salt Lake City, UT 84130
16637582      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 29 2014 01:00:09     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
17029730      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2014 00:51:27
              FIA Card Services, NA/Bank of America,    American InfoSource LP as its agent,
              FIA Card Serv, NA/BK of America,    PO Box 248809,    Oklahoma City, OK 73124-8809
15928110      E-mail/Text: sdvorak@lakecountyil.gov Mar 29 2014 00:47:58     Lake County Collector,
              18 North County Street,    Suite 102,    Waukegan, Il 60085-4361
15928112      E-mail/Text: electronicbkydocs@nelnet.net Mar 29 2014 00:49:08     Nelnet, Inc.,    P.O. Box 2304,
              Indianapolis, IN 46206-2304
15928113     +E-mail/Text: bnc@nordstrom.com Mar 29 2014 00:48:23     Nordstrom,    P.O. Box 6555,
              Englewood, CO 80155-6555
16894739     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2014 00:52:44
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15928100     ##Bank of America,    P.O. Box 15028,    Wilmington, DE 19850-5028
15928106     ##FIA Card Services (Harris),    P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: nmolina              Page 2 of 2               Date Rcvd: Mar 28, 2014
                              Form ID: pdf006            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2014 at the address(es) listed below:

```
              Christopher H Purcell    on behalf of Creditor   CAB WEST LLC shermlaw13@aol.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
              Gregory K Stern    on behalf of Debtor Jeffrey E. Schiller gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern    on behalf of Joint Debtor Susan E. Schiller gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen, Tr.    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Maria  Georgopoulos    on behalf of Creditor   Aurora Loan Services, LLC nd-three@il.cslegal.com
              Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard C Friedman    on behalf of U.S. Trustee Patrick S Layng rcfwilmette@gmail.com
              Yan  Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 13
```