# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHILLER, JEFFREY E. | § | Case No. 10-34049 |
| SCHILLER, SUSAN E. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allegacy Federal Credit Union PO Box 46043 Winston Salem, NC 27114-6043 | | | | | |
| | Aurora Loan Services Attn: Bankruptcy PO Box 1706 Scottsbluff, NE 69363 | | | | | |
| | Codilis & Associates, P.C. 15W030 North Frontage Road Suite 100 Burr Ridge, IL 60527 | | | | | |
| | Ford Credit c/o National Bankruptcy Services Center P.O. Box 537901 Livonia, MI 48153-7901 | | | | | |
| | Ford Credit c/o National Bankruptcy Services Center P.O. Box 537901 Livonia, MI 48153-7901 | | | | | |
| | Ford Credit c/o National Bankruptcy Services Center P.O. Box 537901 Livonia, MI 48153-7901 | | | | | |
| | Lake County Collector 18 North County Street Suite 102 Waukegan, Il 60085-4361 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Reward Zone Program Mastercard PO Box 80045 Salinas, CA 93912-0045 | | | | | |
| 000002 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000003 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000004 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACS P.O. Box 7060 Utica, NY 13504-7060 | | | | | |
| | Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America P.O. Box 15028 Wilmington, DE 19850-5028 | | | | | |
| | Chase Cardmember Services PO Box 100044 Kennesaw, GA 30156-4010 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Discover Card P.O. Box 30943 Salt Lake City, UT 84130 | | | | | |
| | FIA Card Services (Harris) P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Great Lakes Educational Loan Services 2401 International Lane Madison, WI 53704-3194 | | | | | |
| | Home Depot Credit Services P.O. Box 653000 Dallas, TX 75265-3000 | | | | | |
| | Macy's - Bankruptcy Processing P.O. Box 8053 Mason, OH 45040 | | | | | |
| | Nelnet, Inc. P.O. Box 2304 Indianapolis, IN 46206-2304 | | | | | |
| | Nordstrom P.O. Box 6555 Englewood, CO 80155 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | ALLEGACY FEDERAL CREDIT UNION INC | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 10-34049   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | SCHILLER, JEFFREY E. |
| | SCHILLER, SUSAN E. |
| For Period Ending: | 08/11/14 |

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 07/30/10 (f) |
| 341(a) Meeting Date: | 09/03/10 |
| Claims Bar Date: | 04/05/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 477 Barberry Road, Highland Park Illinois - Reside | 430,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 285.00 | 0.00 | | 0.00 | FA |
| 3. Chase - checking account xxxxxxx3586 | 995.37 | 0.00 | | 4,000.00 | FA |
| 4. Chase - savings account no. xxxxx1293 | 117.21 | 0.00 | | 5,000.00 | FA |
| 5. Allegacy Federal Credit Union - shares account xxx | 50.29 | 0.00 | | 0.00 | FA |
| 6. PNC Bank - checking account no. xxxxxx4662 | 100.00 | 0.00 | | 0.00 | FA |
| 7. Dining Room Table/8 Chairs, Credenza, 5 Beds/Frame | 4,725.00 | 0.00 | | 8,000.00 | FA |
| 8. TV | 500.00 | 0.00 | | 0.00 | FA |
| 9. Necessary Wearing Apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Ring. Watch & Misc. Costume Jewelry | 225.00 | 0.00 | | 4,000.00 | FA |
| 11. Golf Clubs, Bicycle, Digital Camera | 115.00 | 0.00 | | 0.00 | FA |
| 12. Banner Life Insurance Company - term life insuranc | 0.00 | 0.00 | | 0.00 | FA |
| 13. John Hancock - Deutsch, Levy & Engel Chartered 401 | 13,947.24 | 0.00 | | 0.00 | FA |
| 14. 2009 Ford Escape | 25,000.00 | 0.00 | | 0.00 | FA |
| 15. 2008 Mercury Milan | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2005 Ford Mustang | 10,000.00 | 0.00 | | 6,000.00 | FA |
| 17. 2 Dogs, 2 Cats | 0.00 | 0.00 | | 0.00 | FA |
| 18. MANUSCRIPTS (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.81 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $487,560.11 | $0.00 | | $27,004.81 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

| | | |
|---|---|---|
| Case No: | 10-34049    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | SCHILLER, JEFFREY E. | Date Filed (f) or Converted (c):    07/30/10 (f) |
| | SCHILLER, SUSAN E. | 341(a) Meeting Date:    09/03/10 |
| | | Claims Bar Date:    04/05/11 |

TRUSTEE HAS FILED MOTION TO SELL VARIOUS ASSETS BACK TO DEBTOR FOR $27,000.00.  MOTION GRANTED.  TRUSTEE HAS REVIEWED
THE PROOFS OF CLAIM FILED AND WILL START WORKING ON A FINAL REPORT.  TRUSTEE IS PREPARING HIS FINAL REPORT AND RELATED
DOCUMENTS - January 15, 2014.  TRUSTEE HAS SUBMITTED HIS TFR & NFR TO THE UST FOR REVIEW - February 5, 2014.

Initial Projected Date of Final Report (TFR): 08/31/13        Current Projected Date of Final Report (TFR): 03/31/14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-34049  -ABG | |
| Case Name: | SCHILLER, JEFFREY E. | |
| | SCHILLER, SUSAN E. | |
| Taxpayer ID No: | *******0613 | |
| For Period Ending: | 08/11/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2077  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 26,601.79 | | 26,601.79 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.40 | 26,585.39 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.94 | 26,568.45 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.38 | 26,552.07 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.92 | 26,535.15 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.44 | 26,495.71 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 27.89 | 26,467.82 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.58 | 26,432.24 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.31 | 26,392.93 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.97 | 26,354.96 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.18 | 26,315.78 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.86 | 26,277.92 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.07 | 26,238.85 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.01 | 26,199.84 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.70 | 26,162.14 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.90 | 26,123.24 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.59 | 26,085.65 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.78 | 26,046.87 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.73 | 26,008.14 |
| 04/28/14 | 300002 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,414.17 | 24,593.97 |
| | | Attorneys for Trustee | | | | | |
| | | 105 West Madison | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 04/28/14 | 300003 | JOSEPH E. COHEN, Trustee | Trustee Compensation | | | 3,498.04 | 21,095.93 |
| | | 105 West Madison Street | | | | | |

Page Subtotals        26,601.79        5,505.86

Ver: 18.00b

FORM 2

Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-34049 -ABG | |
| Case Name: | SCHILLER, JEFFREY E. | |
| | SCHILLER, SUSAN E. | |
| Taxpayer ID No: | *******0613 | |
| For Period Ending: | 08/11/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2077  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees          3,450.48 | 2100-000 | | | |
| | | | Expenses        47.56 | 2200-000 | | | |
| * 04/28/14 | 300004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-003 | | 707.08 | 20,388.85 |
| 04/28/14 | 300005 | Discover Bank | Claim 000001, Payment 3.63885% | 7100-000 | | 579.94 | 19,808.91 |
| | | Dfs Services LLC | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 04/28/14 | 300006 | Chase Bank USA, N.A. | Claim 000005, Payment 3.63881% | 7100-000 | | 1,140.45 | 18,668.46 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 04/28/14 | 300007 | Chase Bank USA, N.A. | Claim 000006, Payment 3.63882% | 7100-000 | | 1,276.17 | 17,392.29 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 04/28/14 | 300008 | Chase Bank USA, N.A. | Claim 000007, Payment 3.63883% | 7100-000 | | 1,735.36 | 15,656.93 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 04/28/14 | 300009 | PYOD LLC its successors and assigns as assignee of | Claim 000008, Payment 3.63881% | 7100-000 | | 507.14 | 15,149.79 |
| | | Citibank, NA | | | | | |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602- | | | | | |
| 04/28/14 | 300010 | Great Lakes Educational Loan Services | Claim 000009, Payment 3.63882% | 7100-000 | | 342.91 | 14,806.88 |
| | | United States Dept of Education | (9-1) Student Loans | | | | |
| | | Claims Filing Unit | | | | | |
| | | PO Box 8973 | | | | | |
| | | Madison, WI 53708-8973 | | | | | |
| 04/28/14 | 300011 | FIA Card Services, NA/Bank of America | Claim 000010, Payment 3.63882% | 7100-000 | | 1,013.14 | 13,793.74 |
| | | American InfoSource LP as its agent | | | | | |
| | | FIA Card Serv, NA/BK of America | | | | | |

Page Subtotals          0.00        7,302.19

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 10-34049  -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | SCHILLER, JEFFREY E. | | Bank Name: | ASSOCIATED BANK |
| | SCHILLER, SUSAN E. | | Account Number / CD #: | *******2077  Checking Account |
| Taxpayer ID No: | *******0613 | | | |
| For Period Ending: | 08/11/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/28/14 | 300012 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA Card Services, NA/Bank of America<br>American InfoSource LP as its agent<br>FIA Card Serv, NA/BK of America | Claim 000011, Payment 3.63882% | 7100-000 | | 1,902.77 | 11,890.97 |
| 04/28/14 | 300013 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA Card Services, NA/Bank of America<br>American InfoSource LP as its agent<br>FIA Card Serv, NA/BK of America | Claim 000012, Payment 3.63884% | 7100-000 | | 486.93 | 11,404.04 |
| 04/28/14 | 300014 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>Allegacy Federal Credit Union Inc<br>PO Box 26043<br>Winston Salem, NC 27114-6043 | Claim 000013, Payment 3.63883% | 7100-000 | | 11,404.04 | 0.00 |
| * 06/16/14 | 300004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-003 | | -707.08 | 707.08 |
| 06/16/14 | 300015 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 707.08 | 0.00 |

| | | | COLUMN TOTALS | 26,601.79 | 26,601.79 | 0.00 |
|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | 26,601.79 | 0.00 | |
| | | | Subtotal | 0.00 | 26,601.79 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 26,601.79 | |

Page Subtotals          0.00          13,793.74

Ver: 18.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | |
|---|---|
| Case No: | 10-34049  -ABG |
| Case Name: | SCHILLER, JEFFREY E. |
| | SCHILLER, SUSAN E. |
| Taxpayer ID No: | *******0613 |
| For Period Ending: | 08/11/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1516  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/11 | * NOTE * | JEFFREY E. SCHILLER | Sale proceeds<br>* NOTE *  Properties 3, 4, 7, 10, 16 | 1129-000 | 27,000.00 | | 27,000.00 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 27,000.58 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.021 | 1270-000 | 0.21 | | 27,000.79 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 13.21 | 26,987.58 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 26,987.81 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 26,988.02 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 26,988.26 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,988.48 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,988.70 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 26,988.93 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,989.15 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 26,989.38 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 34.38 | 26,955.00 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,955.22 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.23 | 26,921.99 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,922.21 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.19 | 26,889.02 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 26,889.26 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 35.26 | 26,854.00 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 26,854.21 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.92 | 26,822.29 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 22.55 | 26,799.74 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,799.96 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.96 | 26,767.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.23 | | 26,767.23 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 34.01 | 26,733.22 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 26,733.45 |

Page Subtotals      27,004.16      270.71

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-34049  -ABG | | | Trustee Name: | JOSEPH E. COHEN | |
| Case Name: | SCHILLER, JEFFREY E. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | SCHILLER, SUSAN E. | | | Account Number / CD #: | *******1516  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******0613 | | | | | |
| For Period Ending: | 08/11/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.96 | 26,699.49 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 26,699.70 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.73 | 26,667.97 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 26,668.20 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 34.97 | 26,633.23 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.21 | | 26,633.44 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 31.65 | 26,601.79 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 26,601.79 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 27,004.81 | 27,004.81 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 26,601.79 | |
| Subtotal | 27,004.81 | 403.02 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 27,004.81 | 403.02 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2077 | 0.00 | 26,601.79 | 0.00 |
| Money Market Account (Interest Earn - ********1516 | 27,004.81 | 403.02 | 0.00 |
| | 27,004.81 | 27,004.81 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals           0.65          26,734.10

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

Ver: 18.00b